# Federal Defenders
## OF NEW YORK, INC.

David E. Patton
*Executive Director
and Attorney-in-Chief*

Southern District

~~e 300~~

~~4150~~

~~5109~~

~~rk~~

Application granted.

Mr. Smith's bail conditions are modified to permit travel to and from Queens, New York, on August 13, 2022, in order to attend Mr. Sanders' funeral service.

The Clerk of the Court is respectfully directed to terminate the motion sequence pending at Doc. 16.

SO ORDERED.

Philip M. Halpern
United States District Judge

Dated:  White Plains, New York
        August 10, 2022

**VIA ECF & EMAIL**

The Honorable Philip M. Halpern
United States District Judge
Southern District of New York
300 Quarropas Street,
White Plains, NY 10601

Re:     *United States v. Dominic Smith, 7:22-cr-412-PMH*

Dear Honorable Judge Halpern:

I write to respectfully request that the Court modify Mr. Smith's bail conditions to permit him to travel to Queens, NY to attend his cousin's funeral service.

Mr. Smith's cousin, Christopher Sanders, recently passed away. The funeral is scheduled for this Saturday, August 13th at 10 a.m. The services will be held at the Roy L. Gilmore Funeral Home, Inc. in Queens, NY. Mr. Smith will require time to travel from his father's home in NJ to Queens to attend the 10 a.m. service and back.

Mr. Ramirez's Pre-trial Officer, Andrew Abbott, has no objection to this request. I have contacted the Government, through Assistant United States Attorney Jeffrey Coffman, who also has no objection to this request. Thank you for your time and consideration of this matter.

Respectfully submitted,

Elizabeth K. Quinn
Assistant Federal Defender

cc:     Jeffrey Coffman, AUSA
        Andrew Abbot, PTO