UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA              :
                                      :
v.                                    :        **RESCHEDULING ORDER**
                                      :
**Dominic D Smith,**                  :        7- 22-cr-00412-PMH
                    Defendants.       :
                                      :
-----------------------------------------------------------x

    Sentencing in this matter is rescheduled to <u>January 24, 2023 at 4:00 pm</u> in Courtroom 520 at the White Plains Courthouse.

    Per the SDNY COVID-19 Courthouse Entry Program, anyone who appears at any SDNY courthouse must complete a questionnaire. Only those individuals who meet the entry requirements established by the questionnaire will be permitted entry. Please contact Chambers if you do not meet the requirements.

Dated: October 13, 2022        SO ORDERED:

                                                          Philip M. Halpern, U.S.D.J